✎PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

ALBERT REDMAN

Crim. No. 94-20026-001

On JANUARY 5, 1999 the above named was placed on supervised release for a period of 10 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

s/ Melissa L. Merritt  
MELISSA L. MERRITT  
Sr. U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 2nd day of March, 20 07.

s\Harold A. Baker

HAROLD A. BAKER  
U.S. District Judge